IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ESTATE OF BRIANNA MARIE GRIER, )by      *
and through her Administrator )MARY GRIER,
et al.,                                 *

                                          Case No.   5:23-cv-00182-MTT
                    Plaintiffs,         *

v.                                      *

LIEUTENANT MARLIN PRIMUS
)individually and in his official capacity, et al.,      *

                    Defendants.

_____

## J U D G M E N T

Pursuant to this Court's Order dated September 10, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 10th day of September, 2024.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk